[No. 50714-1-I.   Division One.   April 7, 2003.]

GEORGE V. CANTU, *Appellant*, v. SANITARY TRANSPORTATION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-14210-1, Catherine D. Shaffer, J., entered May 31, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51277-3-I.   Division One.   April 7, 2003.]

GENE THORNHILL, ET AL., *Petitioners*, v. KING COUNTY, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 01-2-33359-3, Ronald Kessler, J., entered May 28 and June 13, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Schindler, JJ.

[No. 20681-5-III.   Division Three.   April 8, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL ELROY DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-1-00459-3, John M. Antosz, J., entered October 8, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20788-9-III.   Division Three.   April 8, 2003.]

WALTER I. TODD, ET AL., *Appellants*, v. THE HEART INSTITUTE OF SPOKANE, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-03671-3, Salvatore F. Cozza, J., entered December 14, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.